IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| TIAJUANA FINLEY WILLIAMS, mother of minor RLF, </br></br>  Plaintiff, </br></br> v. </br></br> COMMISSIONER OF SOCIAL SECURITY, </br></br>  Defendant. | ) </br> ) </br> ) </br> )   No. 2:19-cv-02072-SHL </br> ) </br> ) </br> ) </br> ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Before the Court is Chief Magistrate Judge Vescovo's Report and Recommendation ("Report"), filed June 14, 2019. (ECF No. 7.) Dismissal of this action is recommended based on its untimeliness. Plaintiff submitted a letter to the Court indicating that she had "submitted information prior to the court but [it] was not accepted." (ECF No. 8.) It is unclear what information Plaintiff is referring to, but the Court has not received any additional information, nor has it received any objections to the Report.

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for involuntary dismissal of an action for failure to prosecute. 28 U.S.C. § 636(b)(1)(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

The deadline to object to the Report was July 1, 2019, and Plaintiff filed no objections. The Court has reviewed the Report for clear error and finds none. The Report outlines the lack

2

of timeliness and the lack of support for equitable tolling of the deadline.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report.  Plaintiff's claim is **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED,** this 26th day of June, 2020.

                                                        s/ Sheryl H. Lipman  
                                                         SHERYL H. LIPMAN  
                                                         UNITED STATES DISTRICT JUDGE